STATE OF NORTH CAROLINA v. PETE JUNIOR LANGLEY

No. 7121SC500

(Filed 25 August 1971)

APPEAL by defendant from *Lupton, Judge,* 5 April 1971 Criminal Session of Superior Court held in FORSYTH County.

*Attorney General Morgan and Staff Attorney Conely for the State.*

*Barbara Westmoreland for defendant appellant.*

MALLARD, Chief Judge.

In this common-law robbery case, we find no prejudicial error.

No error.

Judges CAMPBELL and HEDRICK concur.